No. 12–5581.  Cox v. California.  Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–5582.  Hutchinson v. Florida.  C. A. 11th Cir.  Certiorari denied.

No. 12–5583.  Durr v. Illinois.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 12–5584.  Smith v. Monroe et al.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 12–5588.  Coke v. New York.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 12–5593.  Boyd v. Angelica Textile Services, Inc.  C. A. 4th Cir.  Certiorari denied.

No. 12–5598.  Tornheim v. Blue & White Food Products Corp.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 12–5599.  White v. Planned Security Services et al.  C. A. 3d Cir.  Certiorari denied.

No. 12–5602.  Clark v. Riley, Warden.  C. A. 5th Cir.  Certiorari denied.

No. 12–5603.  Lawrence v. White, Secretary of State of Illinois, et al.  C. A. 7th Cir.  Certiorari denied.

No. 12–5609.  Birdette v. Associated Recovery Systems et al.  C. A. 11th Cir.  Certiorari denied.

No. 12–5610.  Croneberger v. Washington.  Ct. App. Wash. Certiorari denied.

No. 12–5611.  Carter v. Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.  C. A. 5th Cir.  Certiorari denied.

No. 12–5612.  Carrasco v. Horel, Warden.  C. A. 9th Cir. Certiorari denied.